**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| CORDARELL LOCKETT, <br> ADC# 141945 | PLAINTIFF |
| v.          1:14CV00102-JLH-JJV | |
| CLINTON BAKER, Sergeant, <br> Arkansas Department of Correction; *et al.* | DEFENDANTS |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 18) is GRANTED.

2. Plaintiff's Complaint is DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 7th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE