**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CORDARELL LOCKETT,                                                              PLAINTIFF
ADC# 141945

v.                                    1:14CV00102-JLH-JJV

CLINTON BAKER, Sergeant,
Arkansas Department of Correction; *et al.*                          DEFENDANTS

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.  The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding

Order would not be taken in good faith.

SO ORDERED this 7th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE